1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

9

10 | JAMES A. WILLIAMS,

11 |                   Plaintiff,

12 |      v.

13 | BRUCE GAGE, et al.,

14 |                   Defendant.

CASE NO. 3:17-cv-06076-RBL-DWC

REPORT AND
RECOMMENDATION

Noting Date: August 3, 2018

15

16        The District Court has referred this action filed under 42 U.S.C. § 1983 to United States

17 Magistrate Judge David W. Christel. Plaintiff James A. Williams, proceeding *pro se* and *in*

18 *forma pauperis*, initiated this civil rights action on December 28, 2017. *See* Dkt. 1. On March 21,

19 2018, the Court screened Plaintiff's Complaint and found it was deficient. Dkt. 11. The Court

20 ordered Plaintiff to correct the deficiencies by April 20, 2018. *Id.* The Court warned failure to

21 file an amended complaint or adequately address the issues identified in the Order would result

22 in the Court recommending dismissal of this action pursuant to 28 U.S.C. § 1915. *Id.* When

23 Plaintiff failed to respond, the Court entered a Report and Recommendation that his case be

24 dismissed for failure to obey a court order. Dkt. 12.

1    Plaintiff subsequently filed a Motion for Extension of Time to Respond. Dkt. 13. The

2  Court interpreted this as Plaintiff indicating he still desired to pursue his case, and therefore

3  vacated the Court's Report and Recommendation, providing Plaintiff until June 22, 2018 to file

4  an Amended Complaint. Dkt. 14. Plaintiff has again failed to do so.

5    As Plaintiff has again failed to respond the Court's Order and prosecute his case, the

6  Court recommends this case be dismissed without prejudice.

7    Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil

8  Procedure, the parties shall have fourteen (14) days from service of this Report to file written

9  objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those

10 objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time

11 limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on August

12 3, 2018, as noted in the caption.

13    Dated this 18th day of July, 2018.

14

15

David W. Christel
United States Magistrate Judge

16

17

18

19

20

21

22

23

24

REPORT AND RECOMMENDATION - 2